JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE J. STEVENSON,<br><br>   Petitioner,<br><br>   v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>   Respondent. | Case No. CV 19-4622 CJC(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Summarily Dismissing Petition and Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is summarily dismissed.

  IT IS SO ADJUDGED.

DATED: June 10, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE